

SMU
MAD
x9290

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Nicholas Min-Suk SON,<br><br>Defendant. | Magistrate Case No. '21 MJ3319<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about August 17, 2021, within the Southern District of California, Defendant Nicholas Min-Suk SON, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Jihyun CHOI, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1., this 18th of August 2021.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Jihyun CHOI, is a citizen of a country other than the United States; that said alien is found to be deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a smuggled alien in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 17, 2021, at approximately 9:58 A.M. Nicholas Min-Suk SON (Defendant), a United States Citizen, made application for admission into the United States from Mexico via the vehicle primary lanes at the Otay Mesa, California Port of Entry. Defendant was driving a 1998 Cadillac Deville bearing California license plates. While conducting pre-primary roving operations, a United States Customs and Border Protection Anti-Terrorism Contraband Enforcement Team (A-TCET) (CBP) Officer approached the Defendant's vehicle and asked him for his entry documents. Defendant presented his United States passport as proof of citizenship and stated he was going to Los Angeles, California with nothing to declare from Mexico. The A-TCET Officer asked Defendant if the vehicle was his and Defendant stated the vehicle belonged to his friend. The A-TCET Officer opened the rear driver side door and noticed the rear back seat was loose. The A-TCET Officer asked Defendant to open the trunk of the vehicle and the A-TCET Officer observed the rear wall of the trunk was modified. The A-TCET Officer asked Canine Enforcement Officer (CEO) and his Narcotics Human Detection Dog (HNDD) to screen the vehicle. The CEO received an alert to the rear back seat from his HNDD. The CEO pulled the rear backrest forward and discovered what appeared to be a human individual concealed within a compartment. The CBP Officer requested assistance and Defendant was escorted to a secured office. The vehicle was driven by another CBP Officer to vehicle secondary for further inspection.

In vehicle secondary, a CBP Officer assisted one female out of the modified compartment located in the rear back seat and trunk area of the vehicle. The female individual was found to be a citizen of North Korea without any documents that would permit her to enter or remain in the United States. The female individual was identified as Jihyun CHOI (Material Witness) and is being held as a Material Witness.

At approximately 3:32 P.M., Defendant was advised of his Miranda Rights and elected to give a statement without the benefit of counsel. Defendant admitted he agreed to smuggle an undocumented alien into the United States utilizing the vehicle that was provided to him by the smuggling organization in exchange for $2,000.00 U.S. Dollars. Defendant admitted he was taking the Material Witness to Little Korea in Los Angeles, California.

During a videotaped interview, Material Witness admitted to being a citizen of North Korea with no documents to lawfully enter or reside in the United States. Material Witness stated she made the arrangements herself through and an application. Material Witness stated she was unsure how much she was to pay to be smuggled into the United States. Material Witness stated she was traveling to Los Angeles, California to live and seek employment.